Argued and submitted October 27, 1998, reversed and remanded for recalculation of amount of permanent partial disability payment October 13, 1999

In the Matter of the Compensation of
Benjamin G. Santos, Claimant.

Benjamin G. SANTOS,
*Petitioner,*

*v.*

CARYALL TRANSPORT
and SAIF Corporation,
*Respondents.*

(WCB No. 96-01407; CA A99312)

987 P2d 1271

Merrill Schneider argued the cause for petitioner. On the brief were Donald M. Hooton and Schneider, Hooton.

David L. Runner argued the cause and filed the brief for respondents.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM .

Reversed and remanded for recalculation of amount of permanent partial disability payment. *Crowder v. Alumaflex,* 163 Or App 143, 986 P2d 1269 (1999).

---

* Deits, C. J., *vice* Warren, P. J., retired.